

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00128-CR

**GARY WAYNE MCGRUDER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 06-03839-CRF-272**

## MEMORANDUM  OPINION

Gary Wayne McGruder attempts to appeal from a denial of his writ of habeas corpus filed in the Court of Criminal Appeals.  By letter dated May 2, 2013, the Clerk of this Court notified McGruder that the appeal was subject to dismissal because there was not an order that was final and appealable in this Court.  The Clerk also warned McGruder that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal.  *See* TEX. R. APP.

P. 44.3.  We received a response from McGruder; however, it does not provide grounds

for continuing the appeal.

Accordingly, this appeal is dismissed.


AL SCOGGINS

Justice

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 6, 2013
Do not publish
[CR25]